IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA          )
                                  )
                                  )
v.                                )   1:03cr163 (LMB)
                                  )   1:04cv822
ADEOYE OYENAME,                   )
                                  )
          Defendant.              )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, Adeoye Oyename's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody is DISMISSED WITH PREJUDICE.

Should he wish to appeal, defendant must file a notice of appeal in writing with the Clerk of this court within sixty (60) days of this Order. He must also request and obtain a certificate of appealability from a circuit justice or judge. See 28 U.S.C. § 2253(c)(1)(B); Fed. R. App. P. 22(b). This Court expressly declines to issue such a certificate.

The Clerk is directed to forward copies of this Order to defendant, pro se and counsel of record.

Entered this 10th day of May, 2005.

_____/s/_____
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia